UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 23  PM 3: 46

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| GUILLERMO LOPEZ AND ELIDA LOPEZ, HUSBAND AND WIFE | * * * | NUMBER 98-1916 |
| | * | SECTION "C" |
| VERSUS | * * | MAG. 3 |
| OCHSNER CLINIC, OCHSNER CLINIC AND HOSPITAL, OCHSNER HOSPITAL AND ALTON OCHSNER MEDICAL FOUNDATION HOSPITAL, INC | * * * * * | |

*********************************************

## JUDGMENT

This matter came before this Honorable Court on the joint petition for court approval of the settlement of a medical malpractice claim filed by Guillermo Lopez and Elida Lopez and The Louisiana Patients' Compensation Fund and Fund Oversight Board. The Court, having been fully informed of the premises, having fully considered the petition, and being of the opinion that the proposed settlement is fair and proper and in conformity with the provision of the Louisiana Medical Malpractice Act;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the proposed settlement be, and it is hereby, approved, the sum of $700,000.00 to be paid to Guillermo Lopez and Elida Lopez, and their attorney, and $200,000 to Ochsner Foundation Hospital;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that plaintiffs, Guillermo Lopez and Elida Lopez, be, and they are hereby, specifically authorized to execute binding receipts and releases in favor of the Louisiana Patients' Compensation Fund and Fund Oversight Board and any and all persons or corporations for which the Louisiana Patients' Compensation Fund may be legally responsible, releasing each and all of them from any and all liability to plaintiffs for any and

DATE OF ENTRY

AUG 2 4 2000

___Fee_____
___Process___
_X_/Dktd____
___CtRmDep__
___Doc.No.___

all claims arising out of the above entitled matter.

**JUDGMENT READ, RENDERED, AND SIGNED** in New Orleans, Louisiana, this 23 day of August, 2000.

_____
JUDGE